**Jim JONES v. STATE.**

8 Div. 940.

Court of Appeals of Alabama.
May 22, 1934.

BRICKEN, Presiding Judge.
Affirmed.

**Thomas W. JONES v. CITY OF BIRMINGHAM.**

6 Div. 503.

Court of Appeals of Alabama.
Dec. 1, 1933.

PER CURIAM.
Appeal dismissed for want of prosecution.

**Troy JONES v. STATE.**

8 Div. 890.

Court of Appeals of Alabama.
Jan. 30, 1934.

H. H. Hamilton, of Russellville, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

**Tom KELLER v. STATE.**

8 Div. 109.

Court of Appeals of Alabama.
Feb. 5, 1935.

Rehearing Stricken Feb. 26, 1935.

H. H. Hamilton, of Russellville, for appellant.

A. A. Carmichael, Atty. Gen., for appellee.

BRICKEN, Presiding Judge.
Affirmed.

**C. E. KEITH v. STATE.**

7 Div. 993.

Court of Appeals of Alabama.
Jan. 16, 1934.

Appeal dismissed.
Appeal from Circuit Court, De Kalb County; A. E. Hawkins, Judge.

RICE, Judge.

**Isiah, alias Inzer, KEITH v. STATE.**

7 Div. 19.

Court of Appeals of Alabama.
Jan. 16, 1934.

McCord & McCord, of Gadsden, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

**John KELLER v. STATE.**

8 Div. 112.

Court of Appeals of Alabama.
March 26, 1935.

BRICKEN, Presiding Judge.
Affirmed.